# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:14-CR-00313-ERW |
| KOLBY KRISTIANSEN, | ) |
| Defendant. | ) |

## ORDER

On July 7, 2022, this matter came before the undersigned for an Initial Appearance, Preliminary Revocation Hearing, and a Detention Hearing. At the hearings, Defendant informed the Court that he understood that he has been charged with violating the terms of supervised release in a petition filed in this court and that he has a right to a preliminary hearing under Fed. R. Crim. P. 32.1. The Defendant voiced his understanding and elected to waive his right to a preliminary hearing. The Court then informed the Defendant of his right to a detention hearing. After discussion with his lawyer, the Defendant elected to waive his right to a detention hearing. The Court then informed the Defendant that he would be detained until his final supervised release revocation hearing, and the Defendant voiced his understanding.

Based on the record made in open court, the undersigned finds that defendant's waiver of a detention hearing is knowing, intelligent and voluntary. I further find that, based on the record made in open court, there is probable cause to believe Defendant violated the terms of Supervised Release.

The undersigned has considered the allegations set forth in the Petition, the arguments of counsel, the report prepared by the U.S. Pretrial Services Office, and the factors required under 18

U.S.C. § 3143(a)(1) and Fed. R. Crim. P. 32.1(a)(6), and finds that Defendant has failed to establish by clear and convincing evidence that he is amenable to supervision, will appear as required, and will not pose a danger to any other person or to the community.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that there is probable cause to believe Defendant Kolby Kristiansen violated conditions of his supervised release and, pursuant to Fed. R. Crim. P. 32.1(b)(1)(A), Defendant is held to appear for a Final Supervised Release Revocation Hearing on a date and at a time to be set by separate order before the Honorable E. Richard Webber.

**IT IS FURTHER ORDERED** that the defendant be detained pending the Final Supervised Release Revocation hearing.

**IT IS FURTHER ORDERED** that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility. The defendant shall be afforded a reasonable opportunity for private consultations with counsel.

**IT IS FURTHER ORDERED** that on order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 13th day of July, 2022.